Samuel L. Eilers
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: samuel_eilers@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NATHAN CONNER,<br><br>        Defendant. | Case No. 3:20-cr-00002-JMK-DMS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

  PLEASE TAKE NOTICE that Defendant Nathan Conner intends to change his plea to guilty pursuant to a plea agreement. The purpose of filing this Notice of Intent to Change Plea is to comply with the U.S. Attorney Office's COVID-19 variance policy timeframe requirements, which mandates that this Notice be filed by October 2, 2020.

  Defense counsel will file a Supplemental Notice with this Court by October 9, 2020, with additional details. Until that time, no court action is necessary.

  DATED at Anchorage, Alaska this 2nd day of October, 2020.

            Respectfully submitted,

            */s/ Samuel L. Eilers*
            Samuel L. Eilers
            Assistant Federal Defender
            Counsel for Nathan Conner

<u>Certificate of Service</u>:

I, Samuel L. Eilers, hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on October 2, 2020. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

<u>/s/ Samuel L. Eilers            </u>