UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN CONNER,<br><br>Defendant. | Case No. 3:20-cr-00002-JMK-DMS<br><br>**ORDER FOR ISSUANCE OF SUBPOENA TO PRODUCE RECORDS PURSUANT TO FED. R. CRIM. P. 17(C)** |

IT IS HEREBY ORDERED that Defendant Nathan Conner's Motion and Application for Issuance of Subpoena Pursuant to Fed. R. Crim. P. 17(c) at Docket No. 40 is GRANTED and the accompanying Subpoena shall issue, directing the Custodian of Records for the Alaska State Troopers, State of Alaska Department of Public Safety, to produce the records described therein by April 30, 2021. If the records are not produced by that date, the Custodian of Records or a representative for the State of Alaska Department of Public Safety is directed to participate in a Telephonic Status Conference set for April 30, 2021, at 3:00pm. Participating parties shall attend by calling (888) 278-0296, Access Code 2502448, from a landline telephone five minutes prior to the start of the hearing.

DATED this __8th__ day of _____April_____, 2021, in Anchorage, Alaska.

_____
Deborah M. Smith
CHIEF U.S. MAGISTRATE JUDGE